*In re* RAMÓN TORRES CATALÁN.

*Número:* TS-7028          *Resuelto:* 15 de febrero de 2002

*Rafael Ocasio Rivera*, abogado del peticionario; *Sheila I. Vélez Martínez*, Directora Ejecutiva del Colegio de Abogados de Puerto Rico.

## RESOLUCIÓN

Visto el escrito presentado el 10 de enero de 2002 por la Lcda. Sheila I. Vélez Martínez, Directora Ejecutiva del Colegio de Abogados de Puerto Rico, se ordena la reinstala-

ción a la práctica de la abogacía del Lcdo. Ramón Torres Catalán.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.

(*Fdo.*) Carmen E. Cruz Rivera
*Secretaria del Tribunal Supremo Interina*